# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>V.<br><br>MANUELA ZAHN,<br><br>                  Defendant. | No. 19-cr-203-RSM-8<br><br>ORDER GRANTING MOTION TO SEAL EXHIBITS 1 THROUGH 7 TO DEFENSE SENTENCING MEMORANDUM |

THE COURT having considered the motion to seal the sentencing memorandum exhibits 1 through 7 (Dkt #524), the Court hereby makes the following findings:

That based upon the reasons set forth in Defendant's motion, not granting the motion could result in privileged and protected materials being made public. The need to seal the exhibits outweighs the public's interest in viewing the documents.

IT IS ORDERED that defense counsel may file the described exhibits under seal.

DATED THIS 24th day of May, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO SEAL
*U.S.A. v. Zahn, 19-cr-203-RSM*

Page 1 of 2

CARNEY GILLESPIE PLLP
600 First Ave, Suite LL08
Seattle, WA 98104
206.445.0220 MAIN
206.238.9987 FAX
carneygillespie.com

Presented by:

\_\_\_\_\_s/Sean P. Gillespie_____
Attorney for Manuela Zahn

